AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 30, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| James-Benjamin Barstad <br> *Plaintiff* <br> v. <br> Washington Department of Corrections, C/O Alvarez, C/O Ana Garibay-Ortiz, C/O Marlene Gonzalez, Roy Gonzalez, Lt. Daniel Hollibaugh, C/O Barbara Jackson, Tracy Schneider, <br> *Defendants* | Civil Action No. 4:22-cv-05090-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: First Amended Complaint, ECF No. 15, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian

Date: 12/30/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lilly Savchuk
*(By) Deputy Clerk*

Lilly Savchuk